| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter __7__ |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Air Charter Services Team, Inc.** | |
| --- | --- | --- | --- |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-3543718** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **12514 Kentwood Ave**  **Fort Myers, FL 33913** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lee** | **Location of principal assets, if different from principal place of business** |
| | | County | **Bryan Thompson** |
| | | | Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

| Debtor | Air Charter Services Team, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Air Charter Services Team, Inc.**                                     Case number *(if known)*
_____                    _____
Name

**10. Are any bankruptcy cases**        ■ No
    **pending or being filed by a**     ☐ Yes.
    **business partner or an**
    **affiliate of the debtor?**

List all cases. If more than 1,     Debtor _____    Relationship _____
attach a separate list              District _____  When _____   Case number, if known _____

**11. Why is the case filed in**    *Check all that apply:*
    ***this district?***
                          ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                               preceding the date of this petition or for a longer part of such 180 days than in any other district.

                          ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**      ■ No
    **have possession of any**      ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**            **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                         What is the hazard? _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                         livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other
                                    **Where is the property?** _____
                                                            Number, Street, City, State & ZIP Code

                                    **Is the property insured?**
                                    ☐ No
                                    ☐ Yes.    Insurance agency _____
                                              Contact name _____
                                              Phone _____

█████   **Statistical and administrative information**

**13. Debtor's estimation of**  .   *Check one:*
    **available funds**
                                    ☐ Funds will be available for distribution to unsecured creditors.

                                    ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**     ■ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
    **creditors**               ☐ 50-99                   ☐ 5001-10,000             ☐ 50,001-100,000
                                ☐ 100-199                 ☐ 10,001-25,000           ☐ More than100,000
                                ☐ 200-999

**15. Estimated Assets**        ■ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**   ☐ $0 - $50,000            ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor    **Air Charter Services Team, Inc.**                                              Case number (*if known*) _____
          Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Air Charter Services Team, Inc.**                                    Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 14, 2024**
               MM / DD / YYYY

X **/s/ Bryan Thompson** _____         **Bryan Thompson** _____
  Signature of authorized representative of debtor         Printed name

Title    **Owner** _____

**18. Signature of attorney**

X **/s/ Jeffrey P. Bast, Esq.** _____         Date    **June 14, 2024** _____
  Signature of attorney for debtor                                MM / DD / YYYY

**Jeffrey P. Bast, Esq. 996343** _____
Printed name

**BAST AMRON LLP** _____
Firm name

**One Southeast Third Avenue**
**Suite 2410**
**Miami, FL 33131** _____
Number, Street, City, State & ZIP Code

Contact phone    **305.379.7904** _____    Email address    **jbast@bastamron.com** _____

**996343 FL** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Air Charter Services Team, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 14, 2024**          X **/s/ Bryan Thompson**
                                             Signature of individual signing on behalf of debtor

                                          **Bryan Thompson**
                                          Printed name

                                          **Owner**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Air Charter Services Team, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................  $         **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................  $         **100.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................  $         **100.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $         **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $         **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$         **2,172,785.49**

4.  Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b

$         **2,172,785.49**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Air Charter Services Team, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.       **Cash on hand** | **$0.00** |

3.       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Bank of America** | **Business Checking** | **7036** | **$0.00** |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**             **$0.00**

         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

| Debtor | **Air Charter Services Team, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Assorted office equipment, including: 1 Printer, Stationary, and Misc. Office Supplies. | **$0.00** | | **$100.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$100.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

| Debtor | **Air Charter Services Team, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Potential litigation claims against Caribbean Sun Airlines Inc** | **Unknown** |
| | Nature of claim | **Litigation** |
| | Amount requested | **$0.00** |

| 76. | **Trusts, equitable or future interests in property** | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No
☐ Yes

Debtor    **Air Charter Services Team, Inc.**                    Case number *(If known)* _____
              Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $100.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $100.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name __**Air Charter Services Team, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|

Debtor name   **Air Charter Services Team, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,275.86** |
|---|---|---|---|

**American Express
POB 6031
Carol Stream, IL 60197-6031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _ **2003**

Basis for the claim: **Personal credit card used for business**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,845.00** |
|---|---|---|---|

**Astina Aviation
1680 George Bush Dr W
College Station, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Goods and/or Services**

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor    **Air Charter Services Team, Inc.**                          Case number *(if known)* _____
                  Name

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,989.00 |

**Atlantic Aviation**
**8375 Enterprise Avenue**
**Philadelphia, PA 19153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,081.63 |

**Atlantic Aviation**
**23411 Autopilot Drive**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,523.25 |

**Atlantic Aviation**
**544 Airport Rd**
**Warwick, RI 02886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,640.49 |

**Avelo Airlines**
**12 Greenway Plaza, Ste. 400**
**Houston, TX 77046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,213.52 |

**AvFlight**
**3121 Circle Drive West**
**Lansing, MI 48906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,428.00 |

**Bank of America**
**Business Card**
**POB 660441**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2886**

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,264.73 |

**Bank of America**
**POB 53101**
**Phoenix, AZ 85072-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8250**

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Air Charter Services Team, Inc.**                          Case number (if known) _____
_____
Name

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,300.00 |
|---|---|---|---|

**Bennet Charter Screening**
**103 Mayfair Dr**
**Crawfordville, FL 32327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,015.35 |
|---|---|---|---|

**Breeze Airways**
**6340 S 3000 E, Ste. 400**
**Cottonwood Heights, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180,887.00 |
|---|---|---|---|

**Butler University**
**4600 Sunset Avenue**
**Indianapolis, IN 46208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335,750.77 |
|---|---|---|---|

**Caribbean Sun Airlines, Inc.**
**d/b/a World Atlantic Airlines**
**POB 660479**
**Miami, FL 33266**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **CA01**

Basis for the claim:  **Civil Litigation Pending Against Debtor**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,262.50 |
|---|---|---|---|

**Elite Team Logistics**
**11125 Park Blvd,  Ste. 104-209**
**Seminole, FL 33772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227,969.00 |
|---|---|---|---|

**Florida State University**
**403 Stadium Dr. West**
**Tallahassee, FL 32306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,676.50 |
|---|---|---|---|

**G2 Secure Staff**
**400 E Las Colinas Blvd**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Air Charter Services Team, Inc.**
_____   Case number *(if known)* _____
            Name

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Global Crossing Airlines**
**Bldg. 5A, Miami Int'l Airport, 4th floor**
**4200 NW 36th Street**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and/or Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,103.13** |
|---|---|---|---|

**Hawthorne Global**
**4800 Carter Drive**
**Tuscaloosa, AL 35401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and/or Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,846.51** |
|---|---|---|---|

**Huntleigh USA**
**545 E. John Carpenter Frwy Suite 175**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and/or Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,922.97** |
|---|---|---|---|

**Million Air**
**110 Air Cargo Rd.**
**Brewerton, NY 13029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and/or Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,891.00** |
|---|---|---|---|

**Signature Flight Support**
**1775 East International Dr.**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and/or Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$259,386.00** |
|---|---|---|---|

**Syracuse University**
**Manley Field House**
**Syracuse, NY 13244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and/or Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,461.00** |
|---|---|---|---|

**University of Alabama**
**Box 870137**
**Tuscaloosa, AL 35487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and/or Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Air Charter Services Team, Inc.**         Case number (if known) _____
       Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224,150.00 |
|---|---|---|---|

**University of Illinois**
**POB 820**
**Rantoul, IL 61866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,680.00 |
|---|---|---|---|

**Virginia Commonwealth**
**1200 Broad Street**
**Box 843013**
**Richmond, VA 23284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,421.13 |
|---|---|---|---|

**Wheels Up**
**2042 Tower Drive**
**Hebron, KY 41048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264,814.15 |
|---|---|---|---|

**World Fuel Services**
**9800 NW 41 St., Ste. 400**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,987.00 |
|---|---|---|---|

**Xavier University**
**3800 Victory Parkway**
**Cincinnati, OH 45207-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Goods and/or Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adaptive Recovery**<br>**POB 926144**<br>**Houston, TX 77018** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Bank of America**<br>**POB 53101**<br>**Phoenix, AZ 85072-3101** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |

Debtor **Air Charter Services Team, Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **Bank of America - Business Card** POB 660441 Dallas, TX 75266 | Line **3.9** ☐ Not listed. Explain ____ | _ |
| 4.4 **Internal Revenue Service** c/o United States Attorney 99 NE 4th St. Miami, FL 33131 | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.5 **Internal Revenue Service** Atlanta Service Center POB 7-421 Atlanta, GA 30362 | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.6 **Internal Revenue Service** DP S-661A POB 1064 Bensalem, PA 19020 | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.7 **Internal Revenue Service** c/o Revenue Agent M. Moreno 7850 SW 6th Court, MS 5180 Fort Lauderdale, FL 33324 | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.8 **M. Hernandez, Registered Agent** 5000 NW 36 Street, Ste. 307 Miami, FL 33122 | Line **3.13** ☐ Not listed. Explain ____ | _ |
| 4.9 **Ricardo E. Pines, Esq** 3301 Ponce de Leon Blvd., Ste. 200 Miami, FL 33134 | Line **3.13** ☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,172,785.49 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 2,172,785.49 |

**Fill in this information to identify the case:**

Debtor name    **Air Charter Services Team, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Air Charter Services Team, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Bryan Thompson** | **12514 Kentwood Ave**<br>**Fort Myers, FL 33913** | **American Express** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Air Charter Services Team, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:  Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$-1,509,133.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.  **Flightstar Corporation** | 3/2024 | $6,811.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Air Charter Services Team, Inc.**                        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Million Air Indianapolis** | **3/2024** | **$14,481.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Million Air Syracuse** | **3/2024** | **$14,469.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **SFS - Atlantic KATL** | **3/2024** | **$10,541.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **SDF - Atlantic** | **3/2024** | **$9,825.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **PY Aero Center Tallahassee** | **3/2024** | **$25,710.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bryan Thompson**<br>**12514 Kentwood Ave**<br>**Fort Myers, FL 33913**<br>**Owner/Employee** | **6/2023 -**<br>**3/2024** | **$87,825.49** | **Wages and reimbursements** |
| 4.2. **Kristina Thompson**<br>**12514 Kentwood Ave**<br>**Fort Myers, FL 33913**<br>**Owner Spouse/Employee** | **6/5/23** | **$725.00** | **Reimbursements** |
| 4.3. **Jeff Thompson**<br><br>**Owner Brother/Employee** | **6/2023 -**<br>**3/2024** | **$30,100.00** | **Wages** |

Debtor  **Air Charter Services Team, Inc.**                              Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4. **Lauren Dolinski** <br><br> **Owner Sister/Employee** | **7/2023 - 3/2024** | **$25,181.80** | **Wages** |
| 4.5. **Jonathan Pareti** <br><br> **Owner Brother/Employee** | **11/2023 - 3/2024** | **$6,000.00** | **Wages** |
| 4.6. **Patrick Joseph** <br><br> **Employee of Vendor** | **12/13/2023** | **$15,000.00** | **Commission** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Caribbean Sun Airlines Inc vs Air Charter Services Team Inc 2024-002413-CA-01** | **Contract** | **Miami Dade County 140 W. Flagler St. Miami, FL 33131** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

### Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Air Charter Services Team, Inc.**                                    Case number *(if known)*

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bast Amron**<br>**One Southeast Thrid Ave.**<br>**Suite 2410**<br>**Miami, FL 33131** | **Amount reflected includes filing fee of $338.00** | **3/19/2024** | **$8,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Bryan Thompson, Owner of Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

Debtor    **Air Charter Services Team, Inc.**                                      Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Debtor | **Air Charter Services Team, Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Debtor    **Air Charter Services Team, Inc.**                                          Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Berkowitz Pollack Brant**<br>**200 S. Biscayne Blvd., 7th Floor**<br>**Miami, FL 33131** | **3/2024 - present** |
| 26a.2. **Kristina Thompson**<br>**12514 Kentwood Ave**<br>**Fort Myers, FL 33913** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Kristina Thompson**<br>**12514 Kentwood Ave**<br>**Fort Myers, FL 33913** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bryan Thompson** | **12514 Kentwood Ave**<br>**Fort Myers, FL 33913** | **Owner** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Bryan Thompson** | **12514 Kentwood Ave**<br>**Fort Myers, FL 33913** | **Owner** | **4/2023 -** |

Debtor    **Air Charter Services Team, Inc.**                                        Case number *(if known)*

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐  No
    ■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Bryan Thompson<br>12514 Kentwood Ave<br>Fort Myers, FL 33913 | $87,825.49 | 6/2023 - 3/2024 | Wages |
| | **Relationship to debtor**<br>Owner/Employee | | | |
| 30.2. | Kristina Thompson<br>12514 Kentwood Ave<br>Fort Myers, FL 33913 | $725.00 | 6/5/2023 | Wages |
| | **Relationship to debtor**<br>Employee | | | |
| 30.3. | Jeff Thompson | $30,100.00 | 6/2023 - 3/2024 | Wages |
| | **Relationship to debtor**<br>Employee | | | |
| 30.4. | Lauren Dolinski | $25,00.00 | 7/2023 - 3/2024 | Wages |
| | **Relationship to debtor**<br>Employee | | | |
| 30.5. | Lauren Dolinski | 181.80 | 10/2/2023 | Airfare Reimbursement |
| | **Relationship to debtor**<br>Employee | | | |
| 30.6. | Jonathan Pareti | $6,000.00 | 11/2023 - 3/2024 | Wages |
| | **Relationship to debtor**<br>Employee | | | |
| 30.7. | Patrick Joseph | $15,000.00 | 12/13/2023 | Commision for Alabama Football Charter |
| | **Relationship to debtor**<br>Employee of Vendor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■  No
    ☐  Yes. Identify below.

Debtor    **Air Charter Services Team, Inc.** _____    Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 14, 2024** _____

**/s/ Bryan Thompson** _____     **Bryan Thompson** _____
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **Owner** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## United States Bankruptcy Court
### Middle District of Florida

In re    **Air Charter Services Team, Inc.**                                         Case No. _____

                                              Debtor(s)              Chapter    **7**    _____

## VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 14, 2024**                        **/s/ Bryan Thompson**

                                                **Bryan Thompson**/**Owner**
                                                Signer/Title

Air Charter Services Team, Inc.
12514 Kentwood Ave
Fort Myers, FL 33913

AvFlight
3121 Circle Drive West
Lansing, MI 48906

Elite Team Logistics
11125 Park Blvd, Ste. 104-209
Seminole, FL 33772

Jeffrey P. Bast, Esq.
BAST AMRON LLP
One Southeast Third Avenue
Suite 2410
Miami, FL 33131

Bank of America
Business Card
POB 660441
Dallas, TX 75266

Florida State University
403 Stadium Dr. West
Tallahassee, FL 32306

Adaptive Recovery
POB 926144
Houston, TX 77018

Bank of America
POB 53101
Phoenix, AZ 85072-3101

G2 Secure Staff
400 E Las Colinas Blvd
Irving, TX 75039

American Express
POB 6031
Carol Stream, IL 60197-6031

Bank of America - Business Card
POB 660441
Dallas, TX 75266

Global Crossing Airlines
Bldg. 5A, Miami Int'l Airport, 4th flo
4200 NW 36th Street
Miami, FL 33166

Astina Aviation
1680 George Bush Dr W
College Station, TX 77845

Bennet Charter Screening
103 Mayfair Dr
Crawfordville, FL 32327

Hawthorne Global
4800 Carter Drive
Tuscaloosa, AL 35401

Atlantic Aviation
8375 Enterprise Avenue
Philadelphia, PA 19153

Breeze Airways
6340 S 3000 E, Ste. 400
Cottonwood Heights, UT 84121

Huntleigh USA
545 E. John Carpenter Frwy Suite 17
Irving, TX 75062

Atlantic Aviation
23411 Autopilot Drive
Sterling, VA 20166

Bryan Thompson
12514 Kentwood Ave
Fort Myers, FL 33913

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Atlantic Aviation
544 Airport Rd
Warwick, RI 02886

Butler University
4600 Sunset Avenue
Indianapolis, IN 46208

Internal Revenue Service
c/o United States Attorney
99 NE 4th St.
Miami, FL 33131

Avelo Airlines
12 Greenway Plaza, Ste. 400
Houston, TX 77046

Caribbean Sun Airlines, Inc.
d/b/a World Atlantic Airlines
POB 660479
Miami, FL 33266

Internal Revenue Service
c/o Revenue Agent M. Moreno
7850 SW 6th Court, MS 5180
Fort Lauderdale, FL 33324

Internal Revenue Service
DP S-661A
POB 1064
Bensalem, PA 19020

Virginia Commonwealth
1200 Broad Street
Box 843013
Richmond, VA 23284

Internal Revenue Service
Atlanta Service Center
POB 7-421
Atlanta, GA 30362

Wheels Up
2042 Tower Drive
Hebron, KY 41048

M. Hernandez, Registered Agent
5000 NW 36 Street, Ste. 307
Miami, FL 33122

World Fuel Services
9800 NW 41 St., Ste. 400
Miami, FL 33178

Million Air
110 Air Cargo Rd.
Brewerton, NY 13029

Xavier University
3800 Victory Parkway
Cincinnati, OH 45207-1000

Ricardo E. Pines, Esq
3301 Ponce de Leon Blvd., Ste. 200
Miami, FL 33134

Signature Flight Support
1775 East International Dr.
Morrisville, NC 27560

Syracuse University
Manley Field House
Syracuse, NY 13244

University of Alabama
Box 870137
Tuscaloosa, AL 35487

University of Illinois
POB 820
Rantoul, IL 61866

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Air Charter Services Team, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 8,162.00 |
| Prior to the filing of this statement I have received | $ | 8,162.00 |
| Balance Due | $ | 0.00 |

2.  $ **338.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor     ■ Other (specify):  **Bryan Thompson, Debtor's Owner**

4.  The source of compensation to be paid to me is:

■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
   **Preparation of the mailing matrix, schedules, petition and statement of financial affairs, as well as statement of intentions, and attendance at the duly-scheduled Section 341 meeting of Creditors (and any continued 341 meetings), preparation and filing of reaffirmation agreements and applications as needed.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 14, 2024**
_Date_

**/s/ Jeffrey P. Bast, Esq.**
**Jeffrey P. Bast, Esq. 996343**
_Signature of Attorney_
**BAST AMRON LLP**
**One Southeast Third Avenue**
**Suite 2410**
**Miami, FL 33131**
**305.379.7904  Fax: 786.206.8740**
**jbast@bastamron.com**
_Name of law firm_